IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

No. C 14-03989 WHA

**ORDER RE MOTION TO ENTER CONSENT DECREE**

    In September 2014, the United States commenced this civil action against Costco Wholesale Corporation alleging violations of the environmental laws. The United States also lodged a proposed consent decree resolving all claims raised herein against Costco. Notice of the proposed consent decree was published in the Federal Register. No comments were timely received (Riedel Decl. ¶ 7).

    On October 16, the United States filed an "unopposed motion to enter consent decree" (Dkt. No. 13-1). All objections and motions regarding the United States' motion must be filed by **OCTOBER 30, 2014, AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 16, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE